# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

Eastern District of Kentucky
**FILED**
JUN 0 4 2021
AT PIKEVILLE
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

ZHIVAGO ANWAH ROBINSON  )
)
_Petitioner_  )
)
v.  )  Case No. 7:21-cv-46-DCR
)  _(Supplied by Clerk of Court)_
WARDEN, USP Big Sandy  )
)
)
_Respondent_  )
_(name of warden or authorized person having custody of petitioner)_

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Zhivago Anwah Robinson
   (b) Other names you have used: N/A
2. Place of confinement:
   (a) Name of institution: USP Big Sandy
   (b) Address: P.O. Box 2068
   Inez KY 41224
   (c) Your identification number: Reg. No. 16517-171
3. Are you currently being held on orders by:
   ☑ Federal authorities ☐ State authorities ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: District of South Carolina (Rock Hill)
   (b) Docket number of criminal case: 0:08-cr-00401-CMC-2
   (c) Date of sentencing: 05/04/2009
   ☐ Being held on an immigration charge
   ☐ Other _(explain)_:

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☑ Other *(explain)*: _Sentence Enhancements_

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: District of South Carolina (Rock Hill)

   (b) Docket number, case number, or opinion number: 0:08-cr-00401-CMC-2

   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: Career Offender and 851 Enhancements.

   (d) Date of the decision or action: 05/06/2009

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☑ Yes ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: United States Court of Appeals for the Fourth Circuit

   (2) Date of filing: 05/08/2009

   (3) Docket number, case number, or opinion number: No. 09-4425

   (4) Result: Affirmed

   (5) Date of result: 08/11/2010

   (6) Issues raised: Robinson's counsel filed a brief with one issue, challenging the reasonableness of the sentence.

(b) If you answered "No," explain why you did not appeal: N/A

8. **Second appeal**

    After the first appeal, did you file a second appeal to a higher authority, agency, or court?

    ☐ Yes      ☑ No

    (a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

    After the second appeal, did you file a third appeal to a higher authority, agency, or court?

    ☐ Yes      ☑ No

    (a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

      (b) If you answered "No," explain why you did not file a third appeal:   N/A

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ☑ Yes         ☐ No

    If "Yes," answer the following:

    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

          ☑ Yes         ☐ No

          If "Yes," provide:

          (1) Name of court: District of South Carolina (Rock Hill)

          (2) Case number: 0:2011-cv-02019

          (3) Date of filing: 08/01/2011

          (4) Result: Dismissed

          (5) Date of result: 12/13/2011

          (6) Issues raised:

    Robinson attacked his sentence, primarily claiming the sentence was based upon his being erroneously classified as a career offender, pursuant to U.S.S.G. § 4B1.1.

    (b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

          ☐ Yes          ☑ No

          If "Yes," provide:

          (1) Name of court:

          (2) Case number:

          (3) Date of filing:

          (4) Result:

         (5) Date of result:

         (6) Issues raised:

_____
_____
_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: § 2255 is inadequate or ineffective by satisfying four conditions:

(1) "the existence of a new interpretation of statutory law,"

(2) "issued after the petitioner had a meaningful time to incorporate the new interpretation into his direct appeals or subsequent motions,"

(3) that is retroactive, and

(4) applies to the petition's merits such that it is "more likely than not that no reasonable juror would have convicted" the petitioner.

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes    ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____

(b) Date of the removal or reinstatement order: _____

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes    ☐ No

If "Yes," provide:

(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____
_____
_____
_____
_____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes    ☐ No

If "Yes," provide:

(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☑ Yes      ☐ No

    If "Yes," provide:

    (a) Kind of petition, motion, or application: Motion for Sentence Reduction
    (b) Name of the authority, agency, or court: District of South Carolina (Rock Hill)

    (c) Date of filing: 01/22/2019
    (d) Docket number, case number, or opinion number: 0:08-cr-00401-CMC-2, Doc. 379
    (e) Result: Granted
    (f) Date of result: 02/20/2019
    (g) Issues raised: Motion for Sentence Reduction pursuant to the First Step Act of 2018.

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **GROUND ONE:** Robinson's: (1) prior conviction enhancement under 21 U.S.C. § 851 is null and void; and prior convictions do not qualify him as a career offender requiring resentencing without the 851 and career offender enhancements.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

In light of Descamps v. United States,133 S.Ct. 2276 (2013), Mathis v. United States, 136 S.Ct. 2243 (2016), and United States v. Simmons, 649 F.3d 237 (4th Cir. 2011) Robinson's: (1) prior conviction enhancement under 21 U.S.C. § 851 is null and void; and (2) prior convictions do not qualify him as a career offender requiring resentencing without the 851 and career offender enhancements.

See Memorandum of Law in Support.

(b) Did you present Ground One in all appeals that were available to you?

☐ Yes          ☐ No

**GROUND TWO:** _____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes          ☐ No

**GROUND THREE:** _____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes          ☐ No

**GROUND FOUR:** _____

_____
_____
_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____
_____
_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes            ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:   N/A _____

_____
_____
_____

## Request for Relief

15. State exactly what you want the court to do:   Robinson' sentence should be vacated for resentencing without the 851 and career offender enhancements. In the alternative, an evidentiary hearing should be held so that Robinson may further prove his meritorious ground for relief, resolve any disputed facts, and expand an incomplete record.

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 5-31-21

_____
*Signature of Petitioner*

_____
*Signature of Attorney or other authorized person, if any*