ZHIVAGO ANWAH ROBINSON<br>
REG. NO. 16517-171<br>
USP BIG SANDY<br>
U.S. PENITENTIARY<br>
P.O. BOX 2068<br>
INEZ, KY 41224

May 3/, 2021

Mr. Robert R. Carr
Clerk of Court
U. S. District Court
Eastern District of Kentucky
Southern Division at Pikeville
110 Main Street, Suite 203
Pikeville, KY 41501-1100

      RE:   *Robinson v. Warden, USP Big Sandy*
             Civil No. ___:21-cv-_____
             Crim No. 0:08-cr-00401-CMC-2

Dear Mr. Carr:

    Enclosed please find and accept for filing Petitioner's Application for Writ of Habeas Corpus under 28 U.S.C. § 2241 and a Memorandum of Law in Support thereof. Please submit this document to the Court. The five dollar ($5.00) filing fee will be forthcoming as soon as the § 2241 Petition is docketed by the Court.

    Thank you for your assistance in this matter.

                                                   Sincerely,

                                                   ZHIVAGO ANWAH ROBINSON
                                                   Appearing *Pro Se*

*Encl. as noted*