| | |
|---|---|
| STATE OF SOUTH CAROLINA | IN THE COURT OF GENERAL SESSIONS |
| COUNTY OF York | INDICTMENT/CASE#: |
| STATE VS. Zhivargo A. Robinson | 2000-GS-46-1700 |
| | A/W#: G-385533 |
| AKA: | Date of Offense: 3/16/2000 |
| Race: B  Sex: M | S.C. Code §: 44-53-445 |
| DOB: [redacted]  Age: 19 | CDR Code #: 01/1018 |
| SSN: [redacted] | |
| DL#: | SENTENCE |
| SID#: [redacted] | ☒ PLEA  ☐ TRIAL |

In disposition of the said indictment comes now the Defendant who was ☐ CONVICTED OF or ☒ PLEADS TO: **Possession Crack Cocaine With Intent To Distribute In Proximity of** in violation of § **44-53-445** of the S.C. Code of Laws, bearing CDR Code # **01/1018** par.

☐ NON-VIOLENT  ☐ VIOLENT  ☒ SERIOUS  ☐ MOST SERIOUS  ☐ 17-25-45

The charge is: ☒ As Indicted, ☐ Lesser Included Offense, ☐ Defendant Waives Presentment to Grand Jury.
The plea is: ☐ Without Negotiations or Recommendation, ☒ Negotiated Sentence, ☐ Recommendation by the State.

ATTEST:
_____  X_____  _____
Solicitor            Defendant          Attorney for Defendant

WHEREFORE, the Defendant is committed to the ☒ State Department of Corrections, ☐ County Detention Center, for a determinate term of **10** days/months/years or ☐ under the Youthful Offender Act not to exceed _____ years and/or to pay a fine of $_____; provided that upon the service of _____ days/months/years and/or payment of $_____; plus costs and assessments as applicable*; the balance is suspended with probation for **5** months/years and subject to South Carolina Department of Probation, Parole and Pardon Services standard conditions of probation, which are incorporated by reference.

☐ The Defendant is to be given credit for _____ days/months jail time.
☒ CONCURRENT or ☐ CONSECUTIVE to sentence on: _____

**SPECIAL CONDITIONS:**

☐ RESTITUTION  ☐ Heard, ☐ Waived, ☐ Ordered
Total: $_____ plus 20% fee $_____
Payment Terms: _____
☐ set by SCDPPPS _____

Recipient: _____

*Fine: ......................................... $_____
§ 14-1-206 - Assessments 100%........ $_____
§ 14-1-211 - Surcharge..................... $ 100.00
(Exceptions: See § 14-1-211)
§ 56-5-2995 (DUI)............................ $_____
County (3%).................................... $_____
TOTAL............................................ $ 100.00

PTUP _____
_____ days/hours Public Service Employment
Obtain GED ✓
Attend Voc Rehab. or Job Corps _____
May serve W/E beginning _____
Substance Abuse Counseling ✓
Random Drug/Alcohol Testing ✓
Fine may be pd. in equal, consecutive weekly/monthly pmts. of $_____ beginning _____
$_____ paid to Public Defender Fund
Other: pay $25.00 application fee, maintain gainful employment

Clerk of Court/Deputy Clerk: David Hamilton
Court Reporter: Shannon McElberry

PRESIDING JUDGE: _____
Judge Code: 1516
Sentence Date: 6/12/00

White - Clerk   Green - Corrections   Canary - Probation   Pink - Defendant
SCCA/217 (1/99)

0238
0238