UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| ZHIVAGO ANWAH ROBINSON, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 7:21-046-DCR |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN, USP-BIG SANDY, | ) | **JUDGMENT** |
| | ) | |
| Respondent. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered today, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Petitioner Zhivago Anwah Robinson's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 [Record No. 1] is **DISMISSED** for lack of subject-matter jurisdiction.

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: October 5, 2021.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky

-1-